UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABEL GAVIA,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF HEMET; COLBY SKAUG; BRANDON SALAZAR; DYLAN DETWILER; BRY MACARTHUR; and DOES 1 through 10, inclusive,<br><br>Defendants. | **Case No. 5:23-cv-00724-ODW-SHK**<br>*District Judge Otis D. Wright, II*<br>*Mag. Judge Shashi H. Kewalramani*<br><br>**ORDER RE: DEFENDANT CITY OF HEMET'S INDEMNIFICATION OF DEFENDANT BRY MACARTHUR AND PLAINTIFF'S DISMISSAL OF CLAIMS FOR PUNITIVE DAMAGES AS TO DEFENDANT BRY MACARTHUR** |

HAVING REVIEWED THE PARTIES' JOINT STIPULATION, through which the parties have advised the Court of the death of Defendant Bry MacArthur, and in light thereof, it is hereby ORDERED as follows:

1. In the event of any liability findings as against Defendant Bry MacArthur under federal or state law, Defendant City of Hemet will indemnify

MacArthur for any damages awarded as against him, and therefore will not require Plaintiff to add the Estate of Bry MacArthur as a party to this action.

2. Defendant City of Hemet will pay any compensatory damage award based on any finding of liability and causation against Defendant Bry MacArthur in this action.

3. Plaintiff Abel Gavia's claims for punitive damages against Defendant Bry MacArthur are hereby DISMISSED with prejudice.

IT IS SO ORDERED.

UNITED STATES DISTRICT COURT

Dated: October 12, 2023

HON. OTIS D. WRIGHT, II