UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

FILED
CLERK, U.S. DISTRICT COURT
February 23, 2024
CENTRAL DISTRICT OF CALIFORNIA
BY: Natalie L. Calkins DEPUTY

| | |
|---|---|
| In the Matter of the Creation of the Calendar<br><br>of<br><br>Judge MÓNICA RAMÍREZ ALMADANI | ORDER OF THE CHIEF JUDGE<br><br>**24-040** |

Pursuant to the recommended procedure adopted by the Court for the creation of the calendar of Judge Mónica Ramírez Almadani,

IT IS HEREBY ORDERED that the following cases are hereby transferred from the calendar of Judge Otis D. Wright, II to the calendar of Judge Mónica Ramírez Almadani:

| | |
|---|---|
| 2:22-cv-01379-ODW-KSx | Amir Michael Karimi et al. v.Behnam Rafalian et al. |
| 2:22-cv-08576-ODW-KSx | Julio Antonio Alvarez v. Nissan North America, Inc. |
| 2:22-cv-09116-ODW-Ex | Gerard Crudele v. La Quinta Holdings, Inc. et al. |
| 2:23-cv-06309-ODW-RAOx | Valerie Montgomery v. Assembled Products Corporation et al. |
| 2:23-cv-07149-ODW-BFMx | Guoming Liu v. Susan Curda |
| 2:23-cv-09027-ODW-JCx | Valeria Villasenor v. Concordia International Forwarding Corp. |
| 2:23-cv-09604-ODW-SKx | Mt. Hawley Insurance Company v. J Dreyfuss and Associates, Inc. |
| 2:23-cv-09945-ODW-ADS | Jon Hans Kaapuni v. Brian Birkholz |
| 2:23-cv-10070-ODW-JPRx | Acceptance Indemnity Insurance Company v. Steadfast Insurance Company et al. |
| 2:23-cv-10312-ODW-KESx | United African Asian Abilities Club et al. v. George M. Ferrell et al. |

In the Matter of the
Creation of Calendar for
District Judge Mónica Ramírez Almadani                                             2

| | |
|---|---|
| 2:23-cv-10871-ODW-BFMx | Julie A. Su v. 2 Poto, Inc. et al. |
| 2:24-cv-00290-ODW-BFMx | Andranik Arutiuniam v. David Radel |
| 5:21-cv-01771-ODW-RAO | Michael W. Kessler v. D. Peterson et al. |
| 5:23-cv-00724-ODW-SHKx | Abel Gavia v. City of Hemet et al. |

On all documents subsequently filed in the case, please substitute the Judge initials MRA after the case number in place of the initials of the prior Judge.

DATED: February 23, 2024                   _____
                                                                    Chief Judge Philip S. Gutierrez