Name, Address and Telephone Number of Attorney(s):

Richard T. Copeland (SBN 213605)
CONFLICT SOLUTION SERVICES
530 S. Lake Avenue, #733
Pasadena, California 91101
(310) 968-6070

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABEL GAVIA | CASE NUMBER |
| Plaintiff(s) | 5:23-CV-00724-MRA |
| v. | |
| CITY OF HEMET, et al. | **MEDIATION REPORT** |
| Defendant(s). | |

***Instructions: The mediator must file this Report within 5 days after the conclusion of a mediation session even if the negotiations continue. If the case later settles with the assistance of the mediator, the mediator must file a subsequent Report.***

1.  ☑ A mediation was held on (date): April 12, 2024

    ☐ A mediation did not take place because the case settled before the session occurred.

2.  The individual parties and their respective trial counsel, designated corporate representatives, and/or representatives of the party's insurer:

    ☑ Appeared as required by L.R. 16-15.5(b).

    ☐ Did not appear as required by L.R. 16-15.5(b).

    ☐ Plaintiff or plaintiff's representative failed to appear.
    ☐ Defendant or defendant's representative failed to appear.
    ☐ Other:

3.  Did the case settle?

    ☑ Yes, fully, on April 12, 2024
    ☐ Yes, partially, and further facilitated discussions are expected. *(See No. 4 below.)*
    ☐ Yes, partially, and further facilitated discussions are **not** expected.
    ☐ No, and further facilitated discussions are expected. *(See No. 4 below.)*
    ☐ No, and further facilitated discussions are **not** expected.

4.  If further facilitated discussions are expected, by what date will you check in with the parties?

Dated: April 12, 2024

_____
Signature of Mediator

Richard T. Copeland
Name of Mediator (print)

*The Mediator must electronically file original document in CM/ECF using one of four choices under "Civil => Other Filings => ADR/Mediation Documents => Mediation Report (ADR-3)."*

ADR-03 (10/19)                    **MEDIATION REPORT**                    Page 1 of 1