**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo (SBN 144074)
  *dalekgalipo@yahoo.com*
Shannon J. Leap (SBN 339574)
  *sleap@galipolaw.com*
Benjamin S. Levine (SBN 342060)
  *blevine@galipolaw.com*
21800 Burbank Blvd., Suite 310
Woodland Hills, CA 91367
Tel:   (818) 347-3333
Fax:   (818) 347-4118

*Attorneys for Plaintiff*

**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**
Eugene P. Ramirez (SBN 134865)
  *eugene.ramirez@manningkass.com*
Marisa Zarate (SBN 140286)
  *marisa.zarate@manningkass.com*
Andrea K. Kornblau (SBN 291613)
  *andrea.kornblau@manningkass.com*
801 S. Figueroa St, 15th Floor
Los Angeles, California 90017-3012
Telephone: (213) 624-6900
Facsimile: (213) 624-6999

*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ABEL GAVIA,<br><br>                    Plaintiff,<br><br>          vs.<br><br>CITY OF HEMET; COLBY SKAUG; BRANDON SALAZAR; DYLAN DETWILER; BRY MACARTHUR; and DOES 1 through 10, inclusive,<br><br>                    Defendants. | **Case No. 5:23-cv-00724-MRA-SHK**<br>*District Monica Ramirez Almadani*<br>*Mag. Judge Shashi H. Kewalramani*<br><br>**NOTICE OF CONDITIONAL SETTLEMENT OF ENTIRE CASE AND REQUEST TO VACATE ALL DATES** |

1

**TO THE HONORABLE COURT:**

Plaintiff ABEL GAVIA ("Plaintiff"), and Defendants CITY OF HEMET; COLBY SKAUG; BRANDON SALAZAR; DYLAN DETWILER; BRY MACARTHUR ("Defendants"), by and through their respective attorneys of record, hereby inform the Court of their conditional settlement of this entire matter, and respectfully request that the Court vacate all dates in this matter as the parties finalize their settlement, and stipulate as follows:

WHEREAS, on April 12, 2024, the parties participated in a mediation with ADR Panel Mediator Richard Copeland and all parties reached an agreement to settle the entire case.

WHEREAS, the proposed settlement is conditioned upon the approval by the relevant City of Hemet boards. This is anticipated to take up to four weeks.

WHEREAS, the parties respectfully request that all dates and deadlines be vacated based on the parties' settlement of the entire action.

WHEREAS, the parties further request that the Court maintain jurisdiction over this action for sixty (60) days to allow time for the parties to consummate the terms of the settlement, including payment of the settlement funds, and for the parties to subsequently file a stipulated dismissal of the action with prejudice.

WHEREAS, based on the above, good cause exists for granting the parties' stipulation.


IT IS SO STIPULATED.


Dated:  April 24, 2024                          **LAW OFFICES OF DALE K. GALIPO**


                                        By:  _/s/ Shannon J. Leap_____
                                               Dale K. Galipo

NOTICE OF CONDITIONAL SETTLEMENT OF ENTIRE CASE

Shannon J. Leap[1]
Benjamin S. Levine
*Attorney for Plaintiff ABEL GAVIA*

Dated:  April 24, 2024

**MANNING & KASS ELLROD, RAMIREZ, TRESTER LLP**

By:  /s/ Andrea K. Kornblau

Eugene P. Ramirez
Marisa Zarate
Andrea K. Kornblau
*Attorneys for Defendants,*
*CITY OF HEMET, COLBY SKAUG,*
*BRANDON SALAZAR, DYLAN*
*DETWILER, BRY MACARTHUR*

---

[1] As the filer of this document, I attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

3