**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo (SBN 144074)
 dalekgalipo@yahoo.com
Shannon J. Leap (SBN 339574)
 sleap@galipolaw.com
Benjamin S. Levine (SBN 342060)
 blevine@galipolaw.com
21800 Burbank Blvd., Suite 310
Woodland Hills, CA 91367
Tel:   (818) 347-3333
Fax:   (818) 347-4118

*Attorneys for Plaintiff*

**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**
Eugene P. Ramirez (SBN 134865)
 eugene.ramirez@manningkass.com
Marisa Zarate (SBN 140286)
 marisa.zarate@manningkass.com
Andrea K. Kornblau (SBN 291613)
 andrea.kornblau@manningkass.com
801 S. Figueroa St, 15th Floor
Los Angeles, California 90017-3012
Telephone: (213) 624-6900
Facsimile: (213) 624-6999

*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ABEL GAVIA,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF HEMET; COLBY SKAUG; BRANDON SALAZAR; DYLAN DETWILER; BRY MACARTHUR; and DOES 1 through 10, inclusive,<br><br>Defendants. | **Case No. 5:23-cv-00724-MRA-SHK**<br>*District Monica Ramirez Almadani*<br>*Mag. Judge Shashi H. Kewalramani*<br><br>**JOINT STATUS REPORT RE SETTLEMENT** |

**TO THE HONORABLE COURT:**

Pursuant to the Court's April 26, 2024, Order regarding the conditional settlement of this case [Dkt. 35], Plaintiff ABEL GAVIA ("Plaintiff"), and Defendants CITY OF HEMET; COLBY SKAUG; BRANDON SALAZAR; DYLAN DETWILER; BRY MACARTHUR ("Defendants") (together, the "Parties"), by and through their respective attorneys of record, respectfully submit this Joint Status Report re Settlement.

The Parties conditionally settled the entire action during a mediation held on April 12, 2024, subject to final approval by the governing board for the City of Hemet. Defendants recently advised Plaintiff that the settlement has been approved. Although the Parties are currently finalizing a settlement agreement and release for execution, they have agreed that (1) the City of Hemet will issue payment of the settlement proceeds as soon as possible upon (and not later than 90 days after) execution of that agreement, and (2) a stipulated dismissal of the entire action, with prejudice, will be filed no later than 10 days after receipt of that payment.

Accordingly, to enable finalization of the settlement and the subsequent filing of the stipulated dismissal of this action, the Parties respectfully request that the Court set a status conference regarding settlement, and/or set a deadline for the parties to file an additional status report regarding settlement, in approximately 120 days, on or about October 3, 2024.

/ / /

/ / /

/ / /

| | | |
|---|---|---|
| 1 | Dated: June 6, 2024 | **LAW OFFICES OF DALE K. GALIPO** |
| 2 | | |
| 3 | | By: /s/ Benjamin S. Levine |
| 4 | | Dale K. Galipo |
| 5 | | Shannon J. Leap |
| 6 | | Benjamin S. Levine[1] |
| 7 | Dated: June 6, 2024 | *Attorney for Plaintiff ABEL GAVIA* |
| 8 | | **MANNING & KASS ELLROD, RAMIREZ, TRESTER LLP** |
| 9 | | |
| 10 | | By: /s/ Andrea K. Kornblau |
| 11 | | Eugene P. Ramirez |
| 12 | | Marisa Zarate |
| 13 | | Andrea K. Kornblau |
| 14 | | *Attorneys for Defendants,* |
| | | *CITY OF HEMET, COLBY SKAUG,* |
| | | *BRANDON SALAZAR, DYLAN* |
| | | *DETWILER, BRY MACARTHUR* |

---

[1] As the filer of this document, I attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.