JS-6

1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**

9

**CENTRAL DISTRICT OF CALIFORNIA**

10
11   ABEL GAVIA,                              Case No.: 5:23-cv-00724-MRA (SHKx)

12                          Plaintiff/s,

13            v.                              **ORDER STAYING ACTION**
                                             **PENDING FINAL SETTLEMENT**
14                                           **AND FILING OF DISMISSAL,**
                                             **REMOVING CASE FROM ACTIVE**
15   CITY OF HEMET,                          **CASELOAD**

16                          Defendant/s.

17
18
19

20        Having been advised by counsel that the above-entitled case has been settled

21   (Dkt. 36, Status Report), the Court hereby orders all proceedings in the case stayed
22
23   and taken off calendar, thereby removing this case from the Court's active caseload.
24
     The parties shall file a Stipulation of Dismissal within 120 days (the "Dismissal
25
26   Date") of this order.  If no dismissal is filed, the Court deems the matter dismissed at

27   that time.

28

1

The Court retains jurisdiction for 120 days to vacate this order and reopen the case upon a written showing of good cause that the settlement has not been completed.

Any outstanding Orders to Show Cause are discharged.

**IT IS SO ORDERED.**

Dated: June 7, 2024

_____

HON. MONICA RAMÍREZ ALMADANI
UNITED STATES DISTRICT JUDGE

2