**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo (SBN 144074)
  *dalekgalipo@yahoo.com*
Shannon J. Leap (SBN 339574)
  *sleap@galipolaw.com*
Benjamin S. Levine (SBN 342060)
  *blevine@galipolaw.com*
21800 Burbank Blvd., Suite 310
Woodland Hills, CA 91367
Tel:   (818) 347-3333
Fax:   (818) 347-4118

*Attorneys for Plaintiff*

**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**
Eugene P. Ramirez (SBN 134865)
  *eugene.ramirez@manningkass.com*
Marisa Zarate (SBN 140286)
  *marisa.zarate@manningkass.com*
Andrea K. Kornblau (SBN 291613)
  *andrea.kornblau@manningkass.com*
801 S. Figueroa St, 15th Floor
Los Angeles, California 90017-3012
Telephone: (213) 624-6900
Facsimile: (213) 624-6999

*Attorneys for Defendants*

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABEL GAVIA,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF HEMET; COLBY SKAUG; BRANDON SALAZAR; DYLAN DETWILER; BRY MACARTHUR; and DOES 1 through 10, inclusive,<br><br>Defendants. | **Case No. 5:23-cv-00724-MRA-SHK**<br>*Dist. Judge Monica Ramirez Almadani*<br>*Mag. Judge Shashi H. Kewalramani*<br><br>**STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE**<br><br>*[(Proposed) Order Filed Concurrently herewith.]* |

1

STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE

**TO THE HONORABLE COURT:**

IT IS HEREBY STIPULATED by and between Plaintiff Abel Gavia ("Plaintiff") and Defendants City of Hemet, Colby Skaug, Brandon Salazar, Dylan Detweiler, and Bry MacArthur ("collectively, "Defendants"), by and through their respective attorneys of record, that the above-captioned action be and hereby is dismissed in its entirety, with prejudice, with each party to bear its own costs and attorneys' fees, pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(ii).

Dated: September 11, 2024        **LAW OFFICES OF DALE K. GALIPO**

By: _____/s/ Benjamin S. Levine_____
Dale K. Galipo
Shannon J. Leap
Benjamin S. Levine[1]
*Attorneys for Plaintiff ABEL GAVIA*

Dated: September 11, 2024        **MANNING & KASS ELLROD, RAMIREZ, TRESTER LLP**

By: _____/s/ Andrea K. Kornblau_____
Eugene P. Ramirez
Marisa Zarate
Andrea K. Kornblau
*Attorneys for Defendants,*
CITY OF HEMET, COLBY SKAUG, BRANDON SALAZAR, DYLAN DETWILER, BRY MACARTHUR

---

[1] Pursuant to Local Rule 5-4.3.4, as the filer of this document, I attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.