|     |     |     |
| --- | --- | --- |
| 1   |     |     |

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| ABEL GAVIA, | Case No. **5:23-cv-00724-MRA-SHK** |
|---|---|
| Plaintiff, | *Dist. Judge Monica Ramirez Almadani*<br>*Mag. Judge Shashi H. Kewalramani* |
| vs. | |
| CITY OF HEMET; COLBY SKAUG; BRANDON SALAZAR; DYLAN DETWILER; BRY MACARTHUR; and DOES 1 through 10, inclusive, | **[PROPOSED] ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE** |
| Defendants. | |

      Pursuant to the stipulation by and between the parties, through their respective attorneys of record, IT IS HEREBY ORDERED that the above-captioned action be and hereby is dismissed in its entirety, with prejudice, with each party to bear its own costs and attorneys' fees pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(ii). All remaining dates and deadlines in the above-captioned action are hereby VACATED.

IT IS SO ORDERED.

DATED: _____          _____

                                        HON. MONICA RAMIREZ ALMADANI
                                        UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER DISMISSING ENTURE ACTION WITH PREJUDICE