**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ABEL GAVIA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>CITY OF HEMET; COLBY SKAUG; BRANDON SALAZAR; DYLAN DETWILER; BRY MACARTHUR; and DOES 1 through 10, inclusive,<br><br>　　　　Defendants. | **Case No. 5:23-cv-00724-MRA-SHK**<br>*Dist. Judge Monica Ramirez Almadani*<br>*Mag. Judge Shashi H. Kewalramani*<br><br>**ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE** |

| | |
|---|---|
| 1 | Pursuant to the stipulation by and between the parties, through their |
| 2 | respective attorneys of record, IT IS HEREBY ORDERED that the above- |
| 3 | captioned action be and hereby is dismissed in its entirety, with prejudice, with |
| 4 | each party to bear its own costs and attorneys' fees pursuant to Federal Rules of |
| 5 | Civil Procedure, Rule 41(a)(1)(A)(ii). All remaining dates and deadlines in the |
| 6 | above-captioned action are hereby VACATED. |
| 7 | IT IS SO ORDERED. |
| 10 | DATED: September 12, 2024   _____ |
| 11 | HON. MONICA RAMIREZ ALMADANI |
| | UNITED STATES DISTRICT JUDGE |